FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

James L. Stritehoff 351107
30420 Revells Neck Road
Westover Md 21890

_____

(Full name, prison identification
number and address of the plaintiff)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

NUV 3 0 2009

AT BALTIMORE
BY_____DEPUT

v.

Civil Action No. CCB-09-3003
(Leave blank.  To be filled in by Court.)

#1  Kathleen Green (Warden ECI)
#2  Mary Cooper (Ass Warden ECI)
#3  V. Ennis  (ECI)
#4  Captain Rhodes (ECI)
#5  Lt. C. Thorne  (ECI)
     30420 Revells Neck Road
Westover Md 21890

(Full name and address of the defendant(s))

(ECI will not release full names to me I never get responses)

COMPLAINT

I.    **Previous lawsuits**

A.    Have you filed other cases in the state or federal court dealing with the same facts as
      in this case or against the same defendants?

            YES [    ]    NO [ ✓ ]

B.    If you answered YES, describe that case(s) in the spaces below.

      1.    Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

1983 Complaint Rev. (2/18/2005)

1

2.      Court (if a federal court name the district; if a state court name the city or

county): _____

3.      Case No.: _____

4.      Date filed: _____

5.      Name of judge that handled the case: _____

6.      Disposition (won, dismissed, still pending, on appeal): _____

_____

7.      Date of disposition: _____

## II.      Administrative proceedings

A.      If you are in a Division of Correction facility, did you file an administrative remedy
procedure request under DCD 185-001, et seq.?

YES [   ]    NO [ ✓ ]

1.      If you answered YES:

a.      What was the result? _____

_____

b.      Did you appeal to the Commissioner?

YES [   ]    NO [ ✓ ]

2.      If you answered NO to either of the questions above, explain why you did not
file an administrative remedy procedure request or an appeal to the

1983 Complaint Rev. (2/18/2005)

Commissioner. _Per DCD 185-002 VIB1 I am not allowed to seek relief on housing issue through ARP because it involves case management decisions and actions._

3.   Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc?

YES [ ✓ ]   NO [ ⊘ ]

4.   If you answered YES, explain what you files and what was the result.

_Grevance to IGO, dismissed (copy enclosed)_
_also dental dismissed (copy enclosed)_
_Basicly IGO refuses to hear claim against DOC (prejudice)_

B.   If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

YES [   ]   NO [   ]

If the answer is YES:

1.   Did you file a grievance?

YES [   ]   NO [   ]

2.   If you filed a grievance what was the result? _____

_____

3.   If you did not file a grievance explain why not? _____

_____

3

1983 Complaint Rev. (2/18/2005)

**III.** **Statement of claim**
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are make a number of related claims, number and explain each claim in a separate paragraph.)

My rights under the 8th Amendment of the US Constitution were deliberately violated multiple times. I was punished for refusing to obey an order which would have gotten me hurt or killed and ECI staff did know of the threat to my life and blatently disregaurded it. Then after I was found not guilty of infraction for disobeying order due to it being unlawfull order they repeated the order and punishment. They also witheld medical treatment as an act of punishment over 3 month period.

**IV.** **Relief**
(State briefly what you want the Court to do for you)

I seek $500,000 for these violations, the psycological damages caused by them, and for punitive (punishment for their actions

SIGNED THIS _15th_ day of _November_ , _2009_.

_James L. Stitchoff_
(original signature of plaintiff)

James L. Stritchoff 351107
30420 Revells Neck Road
Westover Md 21890
(address of plaintiff)

4

Part III      Statement of claim      cont.   Plof 4

On 12/9/08 I was transferred to Eastern Correctional Institution (ECI), Protective Custody Status, because I was the victim of an assault ordered and carried out by a gang (DMI) which is active in all general population prisons in the state of Maryland. There still is an active order within that gang to kill me on sight. ECI was aware of this threat to my life and I can prove it. They were also contacted by the ACLU on 2/12/09 in concern to why I was not on PC. The ACLU had been in contact with the prison where I was assaulted prior to and during these violations about my security status and needs. Between my arrival on 12/9/08 and 12/16/08 I was assigned to PC teir 3 times and was never housed there. ECI figured they would muscle me into waiving my status. I was kept in an area called ASOA with no access to anything, mail, paper, pen, phone ect. until 12/19/08. On 12/19 I was moved but still was not placed in my protective custody housing. On 12/23/08 I was placed in a cell with a Bernard Pratt who was not PC status and posed a possible threat to my life. I complained of my needs for safety multiple times and was ignored. My requests for a single cell for security reasons were also ignored. I have copies of these letters and even had my mother send certified mail and the ACLU contact worden Green about my status. Being housed with anybody who was not PC status was recklessly endangering my life since ECI knew of the threat to my life. If I had endangered someone elses life like that I would have faced criminal charges for it.

On 2/10/09 I was approached by a COII A. Henry ⟶

Part III Statement of Claim   Cont.                      P2 of 4

and I was ordered to general population (unit 8) even though
ECI knew I was not safe in any population. I refused
to go, in order to stay alive, and I was then punished for
refusing this order, which was found to be an unlawfull order.
The order to punish me was given and approved by a Captain
Rhodes and a Lt. C. Thorne both of ECI. I was placed on
Admin. Seg (Pending Adjustment) and was deprived of my property
and clothing and was given an orange jumpsuit. I, at this
time, verbally expressed my needs for safety and offered to
show paperwork from the Commissioner of Corrections and
was ignored. Then a few minutes later I was moved to a
different cell and housed with another inmate who was
not PC status and was on disciplinary segregation.
His name was Alexander Dykes #239878. On 3/5/09
I went for my disciplinary hearing and was found NOT
GUILTY because of the letter from the Commissioner and the
fact that I was not supposed to go into any population
because of the security threat and enemies. Immediately
following that hearing on 3/5/09, knowing I was just found not
guilty because population posed a threat to my life, I
was ordered to general population (unit 8) again. This time
it was by COII K. Allen. I refused again and per orders
of Lt. C. Thorne and Captain Rhodes, again, I was punished
and written another ticket. Due to their knowledge I believe
it does qualify as deliberate indifference to punish me for
refusing to forfiet my safety knowing of the dangers
it would bring. They did this deliberately in attempt
to use their power to force me into danger. Even ⟹

Part II    Statement of Claim Cont                         P3of4

though they knew they were wrong they were going to prove
who gave and who followed orders. Whether it got me
hurt or not didnt effect their thoughts at all. I
believe this directly violates my rights under the 8th
Amendment since I can prove I was actually punished
for refusing to forfiet my safety. And I can prove
they knew I wasnt safe. When I went for my
second disciplinary hearing I was found NOT GUILTY
again. This was on 3/24/09. This time the decision
was based on the testimony of ECI case manager
Keith Brown. He testified that I was sent to ECI
for PC status. Also that the threat to my life was
and is valid and the institutions conclusion was
now that I will not be ordered to population
because of the threat it poses.
          During this period of over 3½ months I
suffered psycological damages. I still suffer psycologically.
I do take medication for this prescribed by ECI's
own doctors. It does not help all of my problems.
It is the 2nd medication theyve tried now. I
lived in fear for months. Fear of who my cell buddies
were (affiliated or not?), what ECI would force me
to do or move me into next, and basicly how long
was I going to survive this neglegent behavior and
punishment I wes forced to endure. Since I can
also prove prior physical injury related to this
issue I believe I am not barred from          ⟶

Part III Statement of Claim Cont.        p4 of 4

Seeking compensation and punitive damages for my psycological pains and injuries.

During this time I was also deliberately delayed emergency medical (dental) treatment. This was from January 2009 until April 30, 2009. I was in pain and they acknowlege my sickcall from 1/20/09. but didnt treat me until 4/30/09 claiming "they failed to escort me" documents enclosed. I believe this was deliberately done as another act of punishment for not bowing down and obeying their unlawfull orders which would have gotten me killed. That is another violation of my 8th Amendment rights directly linked to this claim. See pages labeled IGO #2, D1, D2. Please note the dates and excuses for not stoping me from being in constant pain.

James L. Stitehoff 351107
30420 Revells Neck Road
Westover Md 21890